No. 4780.—Pueblo, apldo., *v.* Cordero, aplte.—C. D. Ponce.
Junio 2, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, dictada sentencia por la Corte de Distrito de Ponce declarando culpable a Santos Cordero del delito de Portar Armas, apeló para ante esta Corte Suprema alegando que "la Corte por prejuicio cometió error dándole crédito a la prueba de cargo"; y

Por cuanto, examinados los alegatos y la prueba nada encontramos en ellos que nos lleve a concluir que se cometiera en verdad el error señalado; y

Por cuanto, la denuncia es suficiente y es bastante la prueba resuelto como fué el conflicto de la misma en pro de la de cargo:

Por tanto, se declara sin lugar el recurso y se confirma la sentencia apelada de noviembre 18, 1931.